CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 1 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF VIRGINIA

### ROANOKE DIVISION

| | | |
|---|---|---|
| RICKY LEE STOUT, | ) | |
|     Petitioner, | ) | Civil Action No. 7:04-cv-00323 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas

corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED**; and the action is

hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to Stout and to counsel of record for the respondent.

ENTER: This _21st_ day of June, 2005.

_James C. Turk_

Senior United States District Judge